

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2014

No. 04-14-00624-CR

Darrell Lee **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2210
Honorable Mary D. Roman, Judge Presiding

## O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." It is therefore ORDERED that the trial court clerk file an electronic clerk's record **within ten days** from the date of this order containing the following documents:

1.  All pre-trial orders and the related pre-trial motions;

2.  The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.  The judgment;

4.  All post-judgment motions and orders;

5.  The notice of appeal;

6.  The Trial Court's Certification of Defendant's Right of Appeal; and

7.  The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court